# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  ALLISON M KUBIAK-GONZALEZ )   Case No. 23 B 08705
     ISIDRO GONZALEZ )
      )   Chapter 13
   Debtor(s) )
      )   Judge: TIMOTHY A BARNES

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

   **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for August 31, 2023 10:30 am, for the following:

   Debtor has failed to complete section 2.3 of the plan as required by 11 U.S.C. §§ 1325(a)(1). Debtor to uncheck the first box, check the third box and add the trustee's preferred tax language.

   Debtor has failed to complete section 6.1 of the plan as required by 11 U.S.C. §§ 1325(a)(1). Debtor to amend section 6.1 of the plan to provide payment amount and check disbursed by debtor box.

   **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: August 16, 2023                              /s/ Thomas H. Hooper

                                                                            Thomas H. Hooper
                                                                            Chapter 13 Trustee
                                                                            55 E. Monroe St., Suite 3850
                                                                            Chicago, IL 60603
                                                                            (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  ALLISON M KUBIAK-GONZALEZ | ) | Case No. 23 B 08705 |
| ISIDRO GONZALEZ | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

## CERTIFICATE OF SERVICE

I, Kelleye Robinson, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

CUTLER & ASSOC  (via CM/ECF)
*Attorney for Debtor*

Patrick Layng  (via CM/ECF)
United States Trustee

ALLISON M KUBIAK-GONZALEZ  (via U.S. Postal Service)
ISIDRO GONZALEZ
102 W HILLSIDE AVE
BARRINGTON, IL 60010
*Debtors*

Dated: August 16, 2023  /s/ Kelleye Robinson

Kelleye Robinson
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900